CENTER FOR DISABILITY ACCESS
Raymond Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
Phone: (858) 375-7385
Fax: (888) 422-5191
russ@potterhandy.com

Michelle Uzeta, Esq., SBN 164402
uzetalaw@gmail.com
michelleu@potterhandy.com
710 S. Myrtle Ave., #306
Monrovia, CA 91016
Ph: (858) 375-7385

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Brendan Lowenburg**, <br><br> Plaintiff, <br><br> v. <br><br> **Mrs. Gooch's Natural Food Markets, Inc. dba Whole Foods Market;** and Does 1-10, inclusive, <br><br> Defendants. | Case No.: 2:20-cv-05374-ODW-JPR <br><br> **Plaintiff's Notice of Voluntary Dismissal Without Prejudice** <br><br> [Fed. R. Civ. P. 41(a)(1)(A)(i)] |

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

NOTICE IS HEREBY GIVEN that Plaintiff Brendan Lowenburg hereby voluntarily dismisses the above captioned action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Defendant Mrs. Gooch's Natural Food Markets, Inc., has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

Respectfully Submitted,

Date: July 27, 2020  By: /s/ Michelle Uzeta
Michelle Uzeta
Attorneys for Plaintiff

Notice of Voluntary Dismissal Without Prejudice